JS - 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-0049-VAP (OPx)                              Date:  June 9, 2009

Title:   LINDA MCCULLOUGH, DANNY MCCULLOUGH -v- EMC MORTGAGE, AZTEC FORECLOSURE CORPORATION AND DOES 1 to 10, Inclusive
================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:      ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION (IN CHAMBERS)

   Plaintiffs failed to respond timely to this Court's Order to Show Cause regarding subject matter jurisdiction.  This matter is dismissed for lack of jurisdiction.

   **IT IS SO ORDERED.**